DEC-29-2011  08:45        IRS



# Summons

## Collection Information Statement

In the matter of  JOE HENRY SPILLMAN, 14310 HWY 71 W, AUSTIN, TX 78738-2909
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 5 (25)
Periods: Form 941 for the quarterly periods ending December 31, 2008 and June 30, 2011

The Commissioner of Internal Revenue
To:  JOE HENRY SPILLMAN
At:  1025 COUNTY ROAD 403 MARBLE FALLS, TX 78654

You are hereby summoned and required to appear before PEGGY L WALKER, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2011  To 10/31/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

12301 RESEARCH BLVD, BLDG IV; M/S 5230 AUNW, AUSTIN TX 78759 (512) 464-3096

Place and time for appearance: At  12301 RESEARCH BLVD, BLDG IV; M/S 5230 AUNW, AUSTIN, TX 78759

**IRS**

on the  22nd  day of  December , 2011 at 10:00 o'clock  a  m.

Issued under authority of the Internal Revenue Code this  21st  day of November        , 2011

Department of the Treasury
Internal Revenue Service     PEGGY L WALKER                                       REVENUE OFFICER
www.irs.gov                  Signature of issuing officer                          Title
Form 6637 (Rev.10-2010)                       N/A
Catalog Number 25000Q        Signature of approving officer (if applicable)


GOVERNMENT EXHIBIT A

Original — to be kept by IRS

DEC-29-2011  08:46        IRS                                          512 464 3152      P.003



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11/30/2011 | 09:30 AM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
_left on front door in envelope_

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

Catalog No. 25000Q

Form 6637 (Rev. 10-2010)

TOTAL P.003